JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FLETCHER,<br><br>       Petitioner,<br><br>   vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>       Respondent. | Case No.: CV 13-4988-RGK<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Dismissing Petition dated August 8, 2013, this matter is DISMISSED with prejudice as this Court has no jurisdiction over his claims.

**IT IS SO ORDERED**.

Dated this 8th day of August 2013.

_____*Gary Klausner*\_\_\_\_\_

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE